IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**RAMON CHARLES CHAPMAN,**

    Plaintiff,

v.                                                                                Civil Action No. **3:11CV606**

**VA DEPARTMENT CORRECTIONS,
OPERATION/CLASSIFICATION MANAGER,** *et. al,*

    Defendants.

### MEMORANDUM OPINION

By Memorandum Order entered on September 28, 2011, the Court directed Plaintiff to submit a particularized complaint within fifteen days of the entry thereof. (Docket No. 4.) The Court warned Plaintiff that failure to comply with the terms of the September 28, 2011 Memorandum Order would result in the dismissal of the action. Plaintiff failed to submit a particularized complaint. Plaintiff has not complied with the September 28, 2011 Order. Accordingly, this action will be DISMISSED WITHOUT PREJUDICE.

    It is so ORDERED.

Date: 12/6/11
Richmond, Virginia

/s/
John A. Gibney, Jr.
United States District Judge